**E-Filed 12/7/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KACE NETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK AMERICA, INC.,<br><br>    Defendant. | Case Number C 09-5295 JF (RS)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND GRANTING PLAINTIFF'S MOTION FOR IMMEDIATE REFERRAL FOR SETTLEMENT CONFERENCE<br><br>[re: document nos. 6, 9 ] |

Defendant's motion for an extension of time to respond to the complaint is GRANTED; Defendant shall file its response on or before December 18, 2009.

Plaintiff's motion for immediate referral for a settlement conference before a magistrate judge is GRANTED. The matter is HEREBY REFERRED to Magistrate Judge Howard R. Lloyd for settlement. Counsel shall schedule the settlement conference with Judge Lloyd's courtroom deputy clerk, who can be reached at 408-535-5365.

IT IS SO ORDERED.

DATED:  December 7, 2009

_____
JEREMY FOGEL
United States District Judge